FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL GARCIA,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN R. VEHRS, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,,<br><br>                Defendants. | No.   1:17-CV-03015-SMJ<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANT VEHRS** |

Before the Court, without oral argument, is the Stipulation and Order of Dismissal with Prejudice, ECF No.38. Consistent with the parties' stipulation all claims against Defendant John R. Vehrs are dismissed with prejudice, **IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation and Order of Dismissal With Prejudice, **ECF No. 38**, is **GRANTED.**

    **2.**    All claims against Defendant John R. Vehrs are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    The Clerk's Office is directed to **AMEND** the caption as follows.

ORDER **-** 1

| | |
|---|---|
| 1 | MIGUEL GARCIA, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, |
| 5 | |
| 6 | Defendant. |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge